FIRST DEPARTMENT, APRIL TERM, 1890.

Executors of William Hedger, Deceased.— Decree of the surrogate affirmed, with costs, payable out of the estate. Opinion by Corlett, J.

The People of the State of New York *ex rel.* John N. Snyder, Respondent, v. William Summers and others, Members of the Common Council of the City of Buffalo, Appellants.— Order appealed from reversed. Opinion by Macomber, J.; Corlett, J., not sitting.

First National Bank of Union Mills, Appellant, v. Judson H. Clark, Respondent.— Judgment and order appealed from affirmed. Corlett, J., not sitting.

George W. Wells, Appellant, v. Rufus A. Sibley and others, Respondents.— Judgment and order reversed and a new trial granted, with costs to abide the event. Opinion by Corlett, J.; Macomber, J., not voting.

James Connolly, Plaintiff, v. Devine M. Munger, Defendant.— Motion for a new trial denied, with costs and judgment ordered for the plaintiff on the verdict on authority of the former decision in·this case, as reported *sub nomine Burns* v. *Munger* (45 Hun, 75).

Ignatz Seltenmeyer, Respondent, v The City of Rochester, Appellant.— Judgment and order appealed from affirmed, with costs.

In the Matter of Laying out a Highway in the Town of Greece, Monroe county, N. Y., from the stone tavern on the Little Ridge road to the north line of the City of Rochester, N. Y., through an orchard of William H. Robinson.— Order of county judge affirmed.

William E. Edmonds, Executor, etc., Respondent, v. W. Martin Jones, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Sophia Bon, Appellant, v. Frederick Moschell, Respondent, Impleaded, etc.—Motion denied. Macomber, J., not sitting.

Theodore Weideman, Respondent, v. Board of Education of the Village of Lyons, Appellant. Motion granted.

Matter of Drainage of Lands in Town of Gates.— Motion denied.

Jonathan Chamberlain, Respondent, v. the Town of Wheatland, Appellant. Motion denied.

Mortimer F. Reynolds, Respondent, v. Arthur W. Lawton, Appellant.— Memorandum of decision amended so as to read : Judgment reversed and a new trial granted in the County Court, with costs to the appellant to abide the event.

Matter of Final Accounting of Leroy Parker, Assignee, etc.— Motion granted.

In the Matter of Charles E. Opdyke, an Attorney and Counselor-at-law.— Reference ordered to take proof, etc. Order to be settled by Dwight, P. J.

John Stearns and another, Respondents, v. James McGinty, Appellant.—Motion denied.

Elizabeth J. Dudley, Respondent, v. Edward D. Parker, Appellant.— Motion denied.

George C. Unglish, Respondent, v. George W. Marvin, Appellant. Motion denied.

FIRST DEPARTMENT, APRIL TERM, 1890.

John Lamberty, Respondent, v. Milton J. Roberts, Appellant. —Judgment affirmed, with costs. Opinion by Barrett, J.

Catherine Cowan, Respondent, v. Third Avenue Railway Company, Appellant. —Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Rufus H Emerson, Respondent, v. William A. H. Loveland, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Henry Abegg and others, Respondents, v. Emanuel Schwab and others, Appellants.— Judgment affirmed, with costs. Opinion by Barrett, J.

The People of the State of New York, Respondent, v Patrick W. Connor, Appellant.— Judgment affirmed. Opinion by Barrett, J.

Daniel B. Childs, Receiver, Appellant, v. Edward T. Latham and others, Respondents. Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Barrett, J.

Elizabeth Bickford, Appellant, v. Henri Menier and others, Respondents.— Judgment reversed and new trial ordered, with costs to abide event. Opinion by Barrett, J.

Michael Gernsheim and others, Respondents, v. Frederic P. Olcott and others, Appellants.— Order reversed, with ten dollars costs and the usual disbursements, and the injunction dissolved; without prejudice, however, to a further application upon an amended complaint and proper proofs, if the plaintiffs are so advised Opinion by Barrett, J.

Arnold Leo, Appellant, v. Israel Joseph and others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

James J. McComb, Respondent, v. The Barcelona Apartment Association and others, Appellants.— Judgment modified as stated in opinion; and, as modified, affirmed, without costs of the appeal. Opinion by Daniels, J.

James J. McComb, Respondent, v. The Cordova Apartment Association and others, Appellants.— Judgment modified as stated in opinion; and, as modified, affirmed, without costs of the appeal to either party. Opinion by Daniels, J.

James J. McComb, Respondent, v. The Lisbon Apartment Association and others, Appellants.— Judgment modified as stated in opinion; and, as modified, affirmed, without costs of the appeal to either party. Opinion by Daniels, J.·

James J. McComb, Respondent, v. The Madrid Apartment Association and others, Appellants.— Judgment modified as stated in opinion; and, as modified, affirmed, without costs of the appeal to either party. Opinion by Daniels, J.